UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

COLEEN CAVINESS,

                  **Plaintiff,**                          22-CV-02897 (PAE)

    -against-                                    **ORDER**

LONG ISLAND RAILROAD COMPANY,

                  **Defendant.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint letter no later than **Tuesday, July 26, 2022,** providing the Court an update on the status of any settlement discussions thus far and whether the parties would like to schedule a settlement conference in late August or early September 2022.

**SO ORDERED.**

DATED:     New York, New York
               July 18, 2022

                                                                   _____
                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2022