UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

COLEEN CAVINESS,

                              **Plaintiff,**                          22-CV-02897 (PAE)

            -against-                                    **ORDER**

LONG ISLAND RAILROAD COMPANY,

                              **Defendant.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A pre-settlement conference call is hereby scheduled for Thursday, September 15, 2022 at 2:00 p.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

**SO ORDERED.**

DATED:      New York, New York
                   August 31, 2022

                                                                _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2022