**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

COLEEN CAVINESS

                        Plaintiff,                        **22-CV-02897 (PAE)**

         -against-                                **ORDER**

LONG ISLAND RAILROAD COMPANY.,

                        Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than **Monday, October 31, 2022** updating the Court on the status of settlement discussions.

**SO ORDERED.**

DATED:    New York, New York
                September 15, 2022

                                                   VALERIE FIGUEREDO
                                                   United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2022