UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLEEN CAVINESS,

                        Plaintiff,

        -v-

LONG ISLAND RAILROAD COMPANY,

                        Defendant.

22 Civ. 2897 (PAE) (VF)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

      On October 21, 2022, the Court scheduled a case management conference in this case for January 25, 2023. Dkt. 22. Due to an unavoidable conflict, the Court adjourns the conference to Monday, January 30, 2023, at 4 p.m. However, in light of the scheduled settlement conference in this case, the Court also orders the parties to file a joint letter by January 17, 2023 stating whether proceeding with the conference on January 30 would be productive, or whether and why adjourning the case management conference until after their next settlement conference would be preferable.

      SO ORDERED.

                                                         *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: January 11, 2023
          New York, New York